IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr221-MHT |
| MARK ALLAN VINSON | ) | (WO) |

OPINION AND ORDER

This cause is before the court on defendant Mark Allan Vinson's oral motion to continue made on October 16, 2013, in an on-the-record telephone conference. The government does not oppose the request. For the reasons set forth below, the court finds that jury selection and trial, now set for November 18, 2013, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a

>     defendant charged in an information or
>     indictment with the commission of an
>     offense shall commence within seventy
>     days from the filing date (and making
>     public) of the information or
>     indictment, or from the date the
>     defendant has appeared before a judicial
>     officer of the court in which such
>     charge is pending, whichever date last
>     occurs."

18 U.S.C. § 3161(c)(1).  The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A).  In granting a continuance, the court may consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "[w]hether the case is so unusual or so complex ... that it is unreasonable to expect adequate preparation" without granting a continuance.  § 3161(h)(7)(B)(ii).

    The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Vinson in a speedy trial.  The

court has ordered that Vinson be psychologically evaluated to determine whether he is competent to stand trial. The court has directed that the psychological report be filed with the court on or before November 29, 2013. Because the report will not be available until after the current trial date of November 18, 2013, a continuance in this matter is appropriate.

***

Accordingly, it is ORDERED as follows:

(1) The oral motion to continue made by defendant Mark Allan Vinson on October 16, 2013 (doc. no. 229), is granted.

(2) The jury selection and trial for defendant Vinson, now set for November 18, 2013, is reset for January 27, 2014, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 17th day of October, 2013.

    /s/ Myron H. Thompson
  **UNITED STATES DISTRICT JUDGE**