IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr221-MHT |
| MARK ALLAN VINSON | ) | (WO) |

OPINION AND ORDER

Defendant Mark Allan Vinson is charged with conspiracy to distribute and possess with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1) and with use of a communication facility in committing that offense in violation of 21 U.S.C. § 843(b).  This cause is now before the court on the question of whether Vinson has the mental capacity to stand trial, that is, whether he is currently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  See 18 U.S.C. § 4241(a). During the hearing held on December 20, 2013,

the parties agreed to submit the matter to the court for resolution based on the evidence in the record, without submission of additional evidence.

Dr. Guy J. Renfro, Ph.D., a licensed clinical psychologist, evaluated Vinson in November, 2013. See 18 U.S.C. § 4241(b). Dr. Renfro's November 22, 2013, report concluded that Vinson is currently competent to stand trial. It stated in relevant part:

> "Mark Vinson does not appear to suffer from any psychological disorder or mental condition that would prevent him from understanding the nature and consequences of the legal proceedings he is facing. Likewise, there are no indications of serious psychopathology that would prevent Mr. Vinson from working with his attorney in a legal defense.... Mr. Vinson is being rather obstinate in [his assessment of his case], but this appears to be more of a manifestation of personality style rather than a reflection of any psychological disorder or mental condition."

Psychological Evaluation submitted by Dr. Guy J. Renfro, Ph.D., dated November 22, 2013 (Doc. No. 307) at 9-10.

2

Based upon the psychological evaluation and pursuant to 18 U.S.C. § 4241(a), the court finds that Vinson is not currently suffering from a mental disease or defect such that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in him defense.

***

Accordingly, it is ORDERED that defendant Mark Allan Vinson is declared mentally competent to stand trial in this cause.

DONE, this the 23rd day of December, 2013.

                                  /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE